**Opinion filed March 8, 2018**



In The

# Eleventh Court of Appeals

_____

## No. 11-18-00055-CV

_____

## MEMORIAL PARK MEDICAL CENTER, INC., Appellant
## V.
## JOHN GREEN, Appellee

**On Appeal from the 35th District Court**
**Brown County, Texas**
**Trial Court Cause No. CV0904121**

## M E M O R A N D U M   O P I N I O N

Appellant, Memorial Park Medical Center, Inc., has filed in this court a motion to dismiss this appeal. Appellant states in its motion that the need for appeal has been rendered moot. In accordance with Appellant's request, we dismiss this appeal. *See* TEX. R. APP. P. 42.1(a)(1).

The motion to dismiss is granted, and the appeal is dismissed.

March 8, 2018                                                    PER CURIAM

Panel consists of: Willson, J.,
Bailey, J., and Wright, S.C.J.[1]

_____

[1]Jim R. Wright, Senior Chief Justice (Retired), Court of Appeals, 11th District of Texas at Eastland, sitting by assignment.